# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

NOV 04 2020

Clerk, U. S. District Court
Eastern District of Tennessee
at Knoxville

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
AN APPLE IPHONE S, SILVER IN COLOR, MODEL: A1633, CELLULAR TELEPHONE,
AND
AN APPLE IPHONE, RED IN COLOR, CELLULAR TELPHONE,
AS FURTHER DESCRIBED IN ATTACHMENTS A AND B

Case No. 3:20-MJ-1170

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
(1) Apple Iphone S, Color: Silver, Model: A1633 - being located at KPD
(2) Apple Iphone, Color: Red - being located at KPD

located in the ___Eastern___ District of ___Tennessee___, there is now concealed *(identify the person or describe the property to be seized):*
Please see Attachment B attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Attempt and Conspiracy |
| 21 U.S.C. § 841(a)(1) | Manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance |

The application is based on these facts:
Please see the Affidavit of FBI Task Force Officer Brandon Stryker, attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brandon Stryker, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2020

*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*